UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN TEST SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,,<br><br>Defendant. | CASE NO. CV12-00689 CAS (Ex)<br><br>[~~PROPOSED~~] ORDER RE: JOINT MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS<br><br>TRIAL DATE: May 7, 2013 |

This matter came on for review by means of a Joint Motion For Protective Order Regarding Confidential Documents, and it appearing to the Court that good cause exists based upon the recitals and stipulated terms of counsel,

IT IS HEREBY ORDERED that the Protective Order set forth in the parties' Joint Motion for Protective Order become the Order of the Court.

Dated: 7/16/12

_[signature]_

United States ~~District Judge~~
Magistrate Judge

- 1 -

ORDER